ANONYMOUS.

## Certiorari.

*Quære?* Whether a *certiorari*, to remove the proceedings in a case of forcible entry and detainer, operates as a *supersedeas*.

CERTIORARI, to remove the proceedings in a case of forcible entry and detainer. *Ingersoll* urged the immediate hearing of the case, in order to avoid the inconvenience of a sentence of restitution, when great error existed on the record.

BY THE COURT.—It has often being decided, that a *certiorari* does not operate as a *supersedeas*, in a proceeding under the landlord and tenant act. 1 Dall. Laws, 617.(b)  But it has never been so decided, in the case of a proceeding, under the statutes against forcible entry and detainer.

(b) Stewart *v.* Martin, 1 Yeates 49.